# COFFEY KAYE MYERS & OLLEY

ATTORNEYS AT LAW

SUITE 718

TWO BALA PLAZA

BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
LAWRENCE A. KATZ

MITCHELL A. KAYE
OF COUNSEL

www.ckmo.com

610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

February 27, 2015

**VIA ECF FILING**
The Honorable Stephanie A. Gallagher
U.S. Magistrate Judge
United States District Court for the
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

       Re: Montgomery vs. CSX Transportation, et al
         Civil Case #: SAG 14 1520

Dear Magistrate Judge Gallagher:

  It is obvious from your recent opinion that you not only found the Complaint that I drafted disorganized, but that it was so disorganized it caused you considerable frustration while addressing the issues in Jamco's Rule 12 Motion. My inclusion in the Fourth Amended Complaint of a specific Count where I simply pleaded the general facts, and then set forth each claim in a separate Count, was intended to avoid any possible disorganization. Because each of the claims were in a separate Count, I thought that the Fourth Amended Complaint was consistent with Your Honor's Order. Please know that there was no disrespect meant by the inclusion of Count II in the Fourth Amended Complaint. I sincerely apologize for the inconvenience that my pleadings have caused Your Honor.

         Respectfully yours,
         COFFEY KAYE MYERS & OLLEY

         LAWRENCE A. KATZ
         Counsel for Plaintiff

LAK/jeb