LAW OFFICES
## KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

RYAN A. MITCHELL
DIRECT DIAL
(410) 319-0510

E-MAIL
rmitchell@kg-law.com
DIRECT FACSIMILE
(410) 361-8218

March 2, 2015

<u>**VIA ECF**</u>

The Honorable Stephanie A. Gallagher
United States Magistrate Judge
United States District Court for the
  District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    *Lou Montgomery, et al. v. CSX Transportation, Inc., et al.*
            United States District Court for the District of Maryland
            <u>Civil Action No.: SAG-14-1520</u>

Dear Judge Gallagher:

       I am counsel for Defendant CSX Transportation, Inc. in the above-captioned action. I have conferred with counsel for Plaintiffs Lou Montgomery and Melissa Montgomery, and counsel for Defendant Jamco Products, Inc. regarding the initial matters in the Court's Tentative Scheduling Order issued on February 24, 2015. (*See* ECF No. 59-1.) With the consent of all parties, I submit the following joint report.

       1.    <u>Modification of the Scheduling Order</u>

The parties request the following deadlines for the Scheduling Order:

| Event | Proposed Deadline |
|---|---|
| Moving for joinder of additional parties and amendment of pleadings | June 8, 2015 |
| Plaintiffs' Rule 26(a)(2) disclosures regarding experts | June 23, 2015 |
| Defendants' Rule 26(a)(2) disclosures regarding experts | August 24, 2015 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | |

| | |
|---|---|
| regarding experts | September 8, 2015 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 15, 2015 |
| Discovery deadline; submission of status report | October 13, 2015 |
| Requests for admission | October 20, 2015 |
| Dispositive pretrial motions deadline | November 24, 2015 |

For the Court's convenience, a proposed Scheduling Order reflecting the above dates is attached.

2. <u>Early Settlement/ADR Conference</u>

The parties do not wish to participate in a settlement conference at this time.

3. <u>Deposition Hours</u>

At this time, the parties believe that 20 hours of depositions of fact witnesses, per side, will be sufficient. The parties, however, have agreed to reserve the right to request additional deposition hours from the Court should information learned during discovery necessitate such a request.

4. <u>Discovery of Electronically Stored Information</u>

The parties have conferred regarding electronic discovery. At this time, there are no issues that require the Court's attention.

\* \* \* \*

The parties look forward to speaking with Your Honor on March 6, 2015 at 9:30 a.m. concerning this matter. Please let us know if Your Honor needs any further information in advance of that call.

Respectfully,

Ryan A. Mitchell

cc: All Counsel of Record (Via ECF Filing)