# EXHIBIT "A"

# COFFEY KAYE MYERS & OLLEY

ATTORNEYS AT LAW

SUITE 718

TWO BALA PLAZA

BALA CYNWYD, PA. 19004-1514

ROBERT E. MYERS
MICHAEL J. OLLEY
LAWRENCE A. KATZ

MITCHELL A. KAYE
  OF COUNSEL

www.ckmo.com

610-668-9800

FAX
610-667-3352

NATIONWIDE
800-334-2500

March 17, 2015

J. Gregory Donlin, Esquire
Semmes, Bowen & Semmes
Suite 1400
25 South Charles Street
Baltimore, MD  21201

Re:   *Montgomery v. CSX Transportation and Jamco Products, Inc.*
      Case No. 1:14-cv-01520

Dear Mr. Donlin:

Enclosed herewith, please find plaintiffs' initial interrogatories and request for production of documents directed to defendant Jamco Products, Inc. Kindly respond to the same within the next thirty days pursuant to the Federal Rules of Civil Procedure.

Should you have any questions or comments concerning the foregoing, please do not hesitate to contact me. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

COFFEY, KAYE, MYERS & OLLEY

MICHAEL J. OLLEY

MJO/jlf
Enclosures
cc:   Amy Askew, Esquire