# EXHIBIT A

**Amy E. Askew**

| | |
|---|---|
| **From:** | Lawrence A. Katz <lkatz@ckmo.com> |
| **Sent:** | Thursday, May 12, 2016 9:27 AM |
| **To:** | Amy E. Askew; Donlin, J. Gregory |
| **Cc:** | Michelle L. Starks |
| **Subject:** | Montgomery vs JAMCO and CSXT -- Dr. Larkin's deposition |

Dear Counsel:

You have been trying to take the discovery deposition of Dr. Larkin in Cumberland, Maryland. Although Dr. Larkin will offer some expert opinions, he is primarily a treating physician. This firm did not suggest that Mr. Montgomery see Dr. Larkin. This firm has no prior relationship with him. In fact, I do not believe that Dr. Larkin has even ever treated one of our clients. Nonetheless, we have vigorously attempted to help you obtain his discovery deposition.

Our efforts often included daily phone calls, and sometimes multiple calls a day, over the course of several weeks, to his office staff. Emails were also sent. All of this was in an attempt to have a treating doctor provide you with your desired discovery deposition.

Ultimately, Dr. Larkin's office agreed for a deposition to be held on May 2, 2016. Then, on April 29, 2016, I received a single sentence email from Debbie Smith, Dr. Larkin's office manager, informing me that the deposition would be cancelled because he was out of the country. I was as shocked by this email as you were when I shared it with you. As soon as I received Ms. Smith's email I left a message on her voice mail and emailed her asking to speak with her ASAP. More than one phone message was left. However, it took until yesterday for her to contact me. Shortly after hearing from Ms. Smith, I informed you of Dr. Larkin's availability for deposition on June 6, 2016.

Ms. Askew responded that she was on trial on that date and objected to the timing of the deposition relative to the discovery deadline. Mr. Donlin joined in the objection.

We all know how very difficult it has been to get Dr. Larkin's office to commit to a deposition date. Therefore, subject to your objection, I ask that you agree to this date just provided. I want to lock it in for you before it disappears. I have been informed by Ms. Askew that this will be a fairly short, perhaps less than one hour, discovery deposition. Both of your firms have many talented, skilled attorneys. Certainly, one of your other talented attorneys can conduct this discovery deposition.

I believe that we need the Court's intervention on the subjects of both the deposition and Dr. Larkin's fees, and therefore, I will be writing to the Court and requesting a telephone conference to address these matters.

Thank you in advance to your attention to this email.
Larry Katz

LAWRENCE A. KATZ, ESQUIRE
COFFEY KAYE MYERS& OLLE/Y
718 Two Bala Plaza
Bala Cynwyd, PA 19004
610-668-9800 (voice)
610-667-3352 (office fax)
215-754-4483 (personal fax)
lkatz@ckmo.com (email)